# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Sara Santowski
                        Plaintiff,

v.                                                   Case No.: 1:24−cv−06389
                                                           Honorable Manish S. Shah

Cosmed Group, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 10, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso: Pursuant to the Memorandum Opinion and Order entered on December 3, 2024, in case number 24 cv 7261 In re: Ethylene Oxide Coordinated Pretrial Proceedings, this matter is remanded forthwith to the Circuit Court of Cook County. This case is closed, and all pending motions are terminated as moot. Entered by Judge Jorge Alonso.

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.